08C01-1712-MI-000033

Filed: 12/27/2017 7:23 PM
Clerk
Carroll Circuit Court
Carroll County, Indiana

USDC IN/ND case 4:18-cv-00009-document 1-1   filed 01/26/18   page 1 of 21

# CARROLL COUNTY COURT
## INDIANA

| | |
|---|---|
| W.A. GRIFFIN, MD | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs | ) |
| | ) |
| | ) |
| | ) |
| SEVEN CORNERS, INC. | ) |

Defendant,

_____

## COMPLAINT

_____

W.A. GRIFFIN, M.D.
PRO SE
550 Peachtree Street N.E.
Suite 1490
Atlanta, Georgia 30308
(404) 523-4223
wagriffinerisa@hotmail.com

## INTRODUCTION

PLAINTIFF W. A. Griffin, M.D.  alleges against Defendant as follows:

## I.  JURISDICTION AND VENUE

1.      This Court has subject matter jurisdiction over this action pursuant 28.

U.S.C. 1331, because the action arises under the laws of the United States,

pursuant to 29 U.S.C 1332(e)(1), because claimant seeks to enforce rights under

the Employment Retirement Income Security Act

("ERISA").


2.      This Court is the proper venue for this action pursuant to 28 U.S.C. 1319(b)

because the Defendant resides in this district and conducts a substantial amount of

business in this Judicial District;

## II.  THE PARTIES

A.      PLAINTIFF

 3.    W. A. Griffin, MD  is a resident and medical provider in Fulton County,

Georgia.  Plaintiff, as a condition of service, requires patients to assign his or her

health insurance benefits and rights to sue for breaches of fiduciary duties and

statutory penalties.  Plaintiff received an assignment of benefits for every claim at

issue in this litigation. Those assignments are kept on file, updated annually and

retroactively effective.   Plaintiff has standing to pursue the claims for relief in this

Complaint as an assignee of the member's benefits under the health plan, as a party who suffered injury in fact and loss of money and/or property as a result of the Defendants' conduct, and as a party who rendered services to the plan member with prior knowledge by the Defendants without being properly compensated for the fair market value of those rendered services.

B.      Seven Corners / ERISA Plan Defendant

4.      Plaintiff is informed and believes that Defendant Seven Corners, Inc. (*hereafter Seven Corners*) is has  headquartered in Camel, Indiana  and is authorized to conduct business in the State of Georgia.  Seven Corners can be served with process through its registered agent at FBT Indiana, Inc. located at 201 N Illinois Street Suite 1900, Indianapolis, Indiana 46204.  Plaintiff is informed and believes that Defendant Seven Corners is the plan administrator for this self-funded plan at issue in this  Complaint, thus making it a proper defendant pursuant to ERISA § 502(d), 29U.S.C.§ 1132(d), and liable for unpaid services and penalties.

### III. FACTS

5.  Patient N.V. received services at the provider's office on several dates of services (e.g. April  4, 2017; May 16, 2017, and June 20, 2017).

6. Patient N.V. had extensive surgical procedures that required extraordinary laboratory services. The claim amount for all dates of services totaled $52, 378.00 based upon the usual, customary, and reasonable benefit level.

7. Seven Corners, through its claims fiduciary, United Healthcare received the Claim on August 1, 2017.

8.  In accordance with Georgia insurance law, claims are supposed to be processed within 30 days after receipt. An additional 15 days are allowed if the claims agent or plan administrator request medical records.

9. On  November 4, 2017, three months _after_ the claim was submitted, Seven Corners, through its claims fiduciary United Healthcare,  requested medical records. The request letter specifically requested records be sent to the following address:

United Health Access
P.O. Box 740372
Atlanta, Georgia 30374-0372

The letter also promised that the claim would be processed 15 days after the

records were received.

10. On November 30, 2017 documentation to support medical necessity was sent via fax to Seven Corners, through its agent United Healthcare. The fax number was 877-405-2069. A transmission verification report indicated that twenty five pages were received by Seven Corners at 9:39P.M.

11. On December 4, 2017 Plaintiff called Seven Corners, through its agent, United Healthcare to confirm that the records were received.  A customer service agent verified that the records were on file by December 1, 2017 ( reference #C72691018102678@3;35P.M.- Customer Service Number 800-718-1293)

12. On December 12, 2017, Plaintiff called Seven Corners to inquire about the claim. A representative by the name of Cathy stated that "we do not have any information on the claim. We have not gotten the claim from United." Cathy offered  to call United to check into the claim. At that time, Plaintiff expressed her her  frustration about non- payment, because the claim was long overdue for payment and medical records had been submitted. Additionally, the representative was advised that the non-payment caused financial hardships to the small business.

13. Later that day, Cathy did follow-up with Dr. Griffin about the status of the

claim. She informed Dr. Griffin that she had been unable to reach United via

phone, however, she would try again and provide an update as soon as possible.

14. On December 27, 2017 Plaintiff called to check on the claim status and was

advised by the same Seven Corners agent, Cathy, that the claim had not made any

progress. She stated that there was zero indication that a payment was on the

records and that she did not have any addition information.

15. Nearly five months after the claim submitted, there has been zero payment

and the claim is no closer to being paid than it was prior to the claim submission

on August 1, 2017.

16. Defendant has been extremely negligent in processing the claim and have

intentionally caused injury to Dr. Griffin's small minority owned business.

## IV.   CLAIMS FOR RELIEF

### COUNT ONE

### ENFORCEMENT UNDER 29 U.S.C.§ 1132(a) (1)(B) FOR FAILURE TO PAY ERISA PLAN BENEFITS

17.      Defendant has failed to fully pay or compensate Plaintiff's claims for

treatments rendered to member of the relevant ERISA plan.  Defendant has failed

to pay/reimburse the Plaintiff under the ERISA Plan in accordance with the UCR

standard on each of the claims at issue in this litigation.

**WHEREFORE**, Plaintiff prays for and demands judgment against the

Defendant has set forth above and as follows:

A.      For Defendant to be found  liable;

B.      For damages for unpaid services $52, 378.00 and

C.      For interest  at the applicable legal rate;

D.      For filing fees and cost;

This  27th day of   December , 2017

_____

W. A. Griffin, MD
 Pro Se
550 Peachtree Street N.E. Suite 1490
Atlanta, Georgia 30308
(404) 523-4223

Original for clerk and 2 copies for each
defendant to be prepared by attorneys.

# SUMMONS

## CIRCUIT COURT FOR THE COUNTY OF CARROLL
## STATE OF INDIANA

W. A. Griffin, M.D.

_____

_____
                     Plaintiff

VS.

Seven Corners, Inc.

_____

_____

_____
                     Defendant

CARROLL CIRCUIT COURT
101 WEST MAIN STREET
DELPHI IN 46923
(765) 564-3711

No. 08C01-1712-MI-000033

The State of Indiana to Defendant **Seven Corners, Inc.**

(Address of Defendant) **C/0 FBT Indiana, Inc. 201 N Illinois Street, Suite 1900, Indianapolis, IN 46204**

You have been sued by the person(s) named "plaintiff", in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this document. It also states the demand which the plaintiff has made and wants from you.

You must answer the complaint in writing, by you or your attorney, within twenty (20) days (twenty-three (23) days if service was by mail), commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date   12/28/2017

_____
                      Clerk, Carroll Circuit Court (Seal)

W. A. Griffin, MD
          Attorney for Plaintiff

550 Peachtree Street NE

Suite 1490 Atlanta, GA

30308 (404)583-4223
Telephone

## CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____ , 19 _____ I mailed

a copy of this summons and a copy of the complaint to each of the defendant(s) _____

_____

by (registered or certified) mail requesting a return receipt signed by the addressee only addressed to

each of said defendant(s) _____

at the address(es) furnished by the plaintiff.

Date _____

_____
                      Clerk, Carroll Circuit Court (Seal)

# RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that service of summons with return receipt requested was mailed on the _____

day of _____. 19____and that a copy of return receipt was received on

the _____ day of _____, 19____. which copy is attached herewith.

Date _____        _____
                                    Clerk, Carroll Circuit Court (Seal)

## RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served the within summons:

1. By delivering on the____ day of _____ of the within-named defendant (s) _____

this summons and a copy of the complaint to each _____. 19 ____. a copy of

_____

2. By leaving on the _____ day of _____ 19____for each of the

within named defendant(s) _____

_____ . copy of the summons and a copy of the complaint at the

respective dwelling house or usual place of abode. and mailing a copy of the summons by first class mail to the

persons last known address.

3. _____

_____

and by mailing a copy of the summons without the complaint to _____

_____

at _____. the last known address of defendant(s).

All done in Carroll County. Indiana

Fee:      $ _____                    _____
                                             Sheriff of Carroll County. Indiana
Mileage   _____
                                             By _____ Deputy
Total     $ _____

## SERVICE ACKNOWLEDGED

A copy of the within summons and a copy of the complaint attached thereto were received by me at

_____. this _____ day of _____

_____. 19____

                                             _____
                                             Signature of Defendant

CIRCUIT COURT FOR THE COUNTY OF CARROLL OF THE STATE OF INDIANA

COUNTY OF CARROLL

| Plaintiff / Petitioner: | **AFFIDAVIT OF SERVICE** |
|---|---|
| W.A. GRIFFIN, M.D. | Case No: |
| Defendant / Respondent: | 08C01-1712-MI-000033 |
| SEVEN CORNERS, INC. | |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at <u>7950 Southeastern Ave. #39715, Indianapolis, IN 46239</u> . That on Fri, Dec 29 2017 AT 11:52 AM AT 201 N Illinois St Suite 1900, Indianapolis, IN 46204 deponent served the within <u>SUMMONS (Received Dec 28, 2017 at 2:17pm EST), COMPLAINT (Received Dec 28, 2017 at 2:17pm EST)</u> on <u>FBT INDIANA, INC</u>

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☒ **Corporation:** SEVEN CORNERS, INC. a defendant, therein named, by delivering a true copy of each to FBT INDIANA, INC-Kimberly Cage personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be Receptionist thereof.

☐ **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at _____

☐ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, _____ , and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with Indiana State. Mailed on _____ .

☐ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of Indiana in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of Indiana State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

| | | | | |
|---|---|---|---|---|
| Age: 30ish | Ethnicity: Caucasian | Gender: Female | Weight: 130 |
| Height: 5'7" | Hair: Brown | Eyes: Brown | Relationship: Receptionist |
| Other | | | | |

1) Successful Attempt: Dec 29, 2017, 11:52 am EST at Company: 201 N Illinois St Suite 1900, Indianapolis, IN 46204
Delivered to a defendant, therein named, by delivering a true copy of each to said defendant corporation's Registered Agent personally, I knew said corporation's Registered Agent so served to be the individual described, and knew said individual to be thereof.

Sworn to before me on this 2nd day of January, 2018

_____
Joshua E. Anderson
INDIANA DI Firm: PI21600034
Serenity Legal Solutions, LLC
7950 Southeastern Ave. #39715
Indianapolis, IN 46239
317-434-2217

_____
Notary Public

**DEBRA L. ANDERSON**
Notary Public, State of INDIANA
MARION COUNTY
Commission # 686973
**My Commission Expires: JUNE 16, 2024**



DEBRA L. ANDERSON
Notary Public, State of Indiana
Marion County
Commission # 686973
My Commission Expires
June 16, 2024

STATE OF INDIANA      )            IN THE CARROLL CIRCUIT COURT
                      ) SS:
COUNTY OF CARROLL    )

W.A. GRIFFIN, M.D.,           )
                      )
        Plaintiff,          )
                      )
        v.                )       CAUSE NO. 08C01-1712-MI-000033
                      )
SEVEN CORNERS, INC.       )
                      )
                      )
        Defendant.      )

## E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

**This Appearance Form must be filed on behalf of every party in a civil case.**

1. The party on whose behalf this form is being filed is:
   Initiating _____    Responding __X__    Intervening _____; and the undersigned
   attorney and all attorneys listed on this form now appear in this case for the following parties:

   Name of party:  **Seven Corners, Inc.**
   Address of party *(see Question # 5 below if this case involves a protection from abuse order,
   a workplace violence restraining order, or a no-contact order)*
   303 Congressional Boulevard, Carmel, IN 46032

   Telephone number of party: 317-575-2652
   *(List on a continuation page additional parties this attorney represents in this case.)*

2. Attorney information for service as required by Trial Rule 5(B)(2):

   Andrew J. Miroff, Attorney No. 21749-49
   ICE MILLER LLP
   One American Square
   Suite 2900
   Indianapolis, IN  46282-0200
   (317) 236-2267 (telephone)
   (317) 592-4859 (facsimile)
   drew.miroff@icemiller.com

Samuel B. Gardner, Attorney No. 32825-29
ICE MILLER LLP
One American Square
Suite 2900
Indianapolis, IN  46282-0200
(317) 236-2234 (telephone)
(317) 592-4878 (facsimile)
Samuel.Gardner@icemiller.com

> **IMPORTANT**:  Each attorney specified on this appearance:
>
> (a) certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;
>
> (b) **acknowledges that all orders, opinions, and notices from the Court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the e-mail address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and
>
> (c) understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).
>
> Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3.  This is a ___MI_____ case type as defined in administrative Rule 8(B)(3).

4.  This case involves child support issues. Yes _____ No __**X**__ *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**. Use Form TCM-TR3.1-4.)*

5.  This case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order. Yes _____ No __**X**__ *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)* The party shall use the following address for purposes of legal service:

    _____  Attorney's address
    _____  The Attorney General Confidentiality program address
             (contact the Attorney General at 1-800-321-1907 or e-mail address is **confidential@atg.in.gov**)

    _____  Another address (provide)

    This case involves a petition for involuntary commitment. Yes _____ No __**X**__

6.  If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

    a.  Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above:

   b.  State of Residence of person subject to petition: _____

   c.  At least one of the following pieces of identifying information:
      (i)  Date of Birth _____
      (ii)  Driver's License Number _____
          State where issued _____ Expiration date _____
      (iii) State ID number _____
          State where issued _____ Expiration date _____
      (iv) FBI number _____
      (v)  Indiana Department of Corrections Number _____
      (vi) Social Security Number is available and is being provided in an attached confidential
          document Yes _____ No _____

7.  There are related cases: Yes _____ No **X**  *(If yes, list on continuation page.)*

8.  Additional information required by local rule: _____

9.  There are other party members: Yes _____ No _____  *(If yes, list on continuation page.)*

10. This form has been served on all other parties and Certificate of Service is attached:
    Yes **X**  No _____

                  Respectfully submitted,

                  ICE MILLER LLP

                  */s/ Samuel B. Gardner*_____
                  Andrew J. Miroff, Atty. No. 21749-49
                  Samuel B. Gardner, Att. No. 32825-29
                  ICE MILLER LLP
                  One American Square, Suite 2900
                  Indianapolis, IN  46282-0200
                  (317) 236-2100

                  *Attorneys for Defendant Seven Corners, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

   The undersigned hereby certifies that on January 12, 2018, the foregoing document was electronically filed using the Indiana E-Filing System (IEFS).  The undersigned further certifies that a copy of the foregoing document was served upon the following via United States first class mail, postage prepaid, and via electronic mail on January 12, 2018:

     W. A. Griffin, M.D.
     550 Peachtree Street N.E.
     Suite 1490
     Atlanta, Georgia 30308

           */s/ Samuel B. Gardner*
           Samuel B. Gardner

STATE OF INDIANA          )          IN THE CARROLL CIRCUIT COURT
                          ) SS:
COUNTY OF CARROLL         )


W.A. GRIFFIN, M.D.,              )
                                )
          Plaintiff,            )
                                )
     v.                         )          CAUSE NO. 08C01-1712-MI-000033
                                )
SEVEN CORNERS, INC.             )
                                )
                                )
          Defendant.            )

## DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Seven Corners, Inc. ("Seven Corners"), by counsel and pursuant to Trial Rule 6(B)(1), respectfully moves the Court for an initial enlargement of twenty-eight (28) days, up to and including February 15, 2018, within which to file its response to Plaintiff W.A. Griffin, M.D.'s ("Plaintiff") Complaint.  In support of its Motion, Seven Corners states as follows:

1.     Plaintiff filed her Complaint on December 27, 2017.

2.     Seven Corners was served with a copy of the Complaint and Summons on December 29, 2017.

3.     Seven Corners' deadline to respond to Plaintiff's Complaint is currently January 18, 2018, which deadline has not yet passed.

4.     Pursuant to Indiana Rule of Trial Procedure 6(B)(1), "the court may at any time for cause shown: . . . order the period enlarged, with or without motion or notice, if request therefor is made before the expiration of the period originally prescribed . . . ."

5.     Seven Corners requests an enlargement of twenty-eight (28) days to investigate the matter and determine how to respond to Plaintiff's Complaint, including whether to remove

this matter to federal court.    Such an enlargement of time would result in a new deadline of February 15, 2018.

6.     Seven Corners has not previously requested any enlargement of time to respond to Plaintiff's Complaint.

7.     This Motion is made in good faith and not for purposes of obstruction or delay.

WHEREFORE, Defendant Seven Corners, Inc. respectfully requests the Court grant it a twenty-eight (28) day enlargement of time, up to and including February 18, 2018, within which to respond to Plaintiff W.A. Griffin, M.D.'s Complaint and for all other just and proper relief.

Respectfully submitted,

 /s/ Samuel B. Gardner
Andrew J. Miroff, Atty. No. 21749-49
Samuel B. Gardner, Att. No. 32825-29
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN  46282-0200
(317) 236-2300

*Attorneys for Seven Corners, Inc.*

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that on January 12, 2018, the foregoing document was electronically filed using the Indiana E-Filing System (IEFS).  The undersigned further certifies that a copy of the foregoing document was served upon the following via United States first class mail, postage prepaid, and via electronic mail on January 12, 2018:

> W. A. Griffin, M.D.
> 550 Peachtree Street N.E.
> Suite 1490
> Atlanta, Georgia 30308

*/s/ Samuel B. Gardner*
Samuel B. Gardner

3

STATE OF INDIANA       )             IN THE CARROLL CIRCUIT COURT
                             ) SS:
COUNTY OF CARROLL    )

W.A. GRIFFIN, M.D.,          )
                              )
         Plaintiff,          )
                              )
      v.                      )      CAUSE NO. 08C01-1712-MI-000033
                              )
SEVEN CORNERS, INC.       )
                              )
                              )
         Defendant.      )

**ENTERED**

**January 17, 2018**

**CARROLL CIRCUIT COURT**
HC

## <u>ORDER</u>

       This matter having come before the Court on Defendant Seven Corners, Inc.'s Motion for Enlargement of Time to Respond to Plaintiff's Complaint and the Court, having reviewed the Motion and being duly advised in the premises, now finds that said Motion should be and is hereby GRANTED.

       IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Defendant Seven Corners, Inc. shall have up to and including February 15, 2018 to file its response to Plaintiff W.A. Griffin, M.D.'s Complaint.

       So ORDERED this  <u>16th</u>  day of January, 2018.

                                      _____
                                      Judge, Carroll Circuit Court

Distribution to:

Andrew J. Miroff (via IEFS)
Samuel B. Gardner (via IEFS)

W. A. Griffin, M.D.
550 Peachtree Street N.E.
Suite 1490
Atlanta, Georgia 30308

IN THE CARROLL CIRCUIT COURT
STATE OF INDIANA
COUNTY OF CARROLL

W. A. GRIFFIN, M.D.

_____

Plaintiff(s)

v.

SEVEN CORNERS, INC.

_____

Defendant

CIVIL ACTION FILE NO. 08C01-1712-MI-000033

## MOTION FOR DEFAULT JUDGMENT

Plaintiff declares that the Defendant, Seven Corners, Inc. has failed to file an answer or other defensive pleadings after 20 days from being served . The default, not having been opened as a matter of right or by order of the Court, the Plaintiff is now entitled to a judgment.

Plaintiff(s) request(s) judgment by default in the amount $ 52, 906.56 (TOTAL), as shown: $52, 378.00 Principal, $0.00 _____ Attorney Fees, $366.46 _____ Interest, $162.10 _____ Court Costs, together with all further costs of this action.

Affiant, W. A. Griffin, M.D.

Sworn to and subscribed before me this
18th day of January, 2018 .

_Amanda Walker_
Notary Public

Fulton County, Georgia

[Notary Seal: AMANDA WALKER — MY COMMISSION EXPIRES JUNE 3 2019 — GWINNETT CO. GEORGIA — NOTARY PUBLIC]

## COURT ORDER

_____

On January 18, 2018, Plaintiff filed a Motion for Default Judgment.  The Court, being duly advised, hereby DENIES Plaintiff's Motion.

So ORDERED this 22nd day of January, 2018.

_____
Benjamin A. Diener, Judge
Carroll Circuit Court

**ENTERED**
January 23, 2018
CARROLL CIRCUIT COURT
KA

Filed: 1/18/2018 5:24 PM
Carroll Circuit Court
Carroll County, Indiana

### IN THE CARROLL CIRCUIT COURT
### STATE OF INDIANA
### COUNTY OF CARROLL

W. A. GRIFFIN, M.D.

_____

**Plaintiff(s)**

v.                                          CIVIL ACTION FILE NO. 08C01-1712-MI-000033

SEVEN CORNERS, INC.

_____

**Defendant**

## MOTION FOR DEFAULT JUDGMENT

Plaintiff declares that the Defendant, Seven Corners, Inc. has failed to file an answer or other defensive pleadings after 20 days from being served . The default, not having been opened as a matter of right or by order of the Court, the Plaintiff is now entitled to a judgment.

Plaintiff(s) request(s) judgment by default in the amount $ 52, 906.56 (TOTAL), as shown: $52, 378.00 Principal, $0.00 _____ Attorney Fees, $366.46 _____ Interest, $162.10 _____ Court Costs, together with all further costs of this action.

Affiant, W. A. Griffin, M.D.

Sworn to and subscribed before me this
18th day of January, 2018 .

_Amanda Walker_
Notary Public

Fulton County, Georgia

AMANDA WALKER
MY COMMISSION EXPIRES
JUNE 3 2019
GWINNETT CO., GEORGIA
NOTARY PUBLIC

## COURT ORDER

On January 18, 2018, Plaintiff filed a Motion for Default Judgment. The Court, being duly advised, hereby DENIES Plaintiff's Motion.

So ORDERED this 22nd day of January, 2018.

_Benjamin A. Diener, Judge_
Benjamin A. Diener, Judge
Carroll Circuit Court

## ENTERED
January 23, 2018
CARROLL CIRCUIT COURT
KA